**Order entered January 15, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01446-CV

### IN RE TASCA HOLDINGS, LLC, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13564**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus.

/Ken Molberg/
KEN MOLBERG
JUSTICE